## STATE OF CONNECTICUT *v.* DAVID SANCHEZ
## (6961)

SPALLONE, DALY and JACOBSON, Js.

Argued April 5—decision released April 12, 1989

*Donald Dakers,* public defender, for the appellant (defendant).

*Timothy J. Sugrue,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *John Waddock,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.

## MILDRED COWARD *v.* CITY OF NEW HAVEN
## (6835)

DUPONT, C. J., O'CONNELL and FOTI, Js.

Argued April 12—decision released April 26, 1989

*W. Martyn Philpot, Jr.,* assistant corporation counsel, for the appellant (defendant).

*Tricia L, Palmieri,* for the appellee (plaintiff).

PER CURIAM. There is no error.